

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00779-CV

Nos. 04-15-00779-CV; 04-15-00780-CV; 04-15-000781-CV & 04-15-00782-CV

**ALL AMERICAN EXCAVATION, INC.**,
Appellant

v.

**AUSTIN MATERIALS, LLC** d/b/a Ramming Paving Company,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court Nos. 2015-CI-10299; 2015-CI-10743; 2015-CI-13685 & 2015-CI-11880
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the orders of the trial court are REVERSED, and the causes are REMANDED with instructions to the trial court to enter orders compelling arbitration between All American Excavation, Inc. and Austin Materials, LLC d/b/a Ramming Paving Company and staying all other proceedings pending the outcome of the arbitration. It is ORDERED that appellant, All American Excavation, Inc., recover its costs of these appeals from appellee, Austin Materials, LLC d/b/a Ramming Paving Company.

SIGNED April 13, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice